UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN PEREZ,

    Plaintiff,

v.                                     Case No. 6:22-cv-1133-RBD-EJK

MARGARITAS V&P, INC.,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, Plaintiff filed a Motion for Entry of Final Default Judgment. (Doc. 20 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends granting Plaintiff's Motion, entering default judgment against Defendant, and awarding Plaintiff damages. (Doc. 24 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 24) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 20) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a final default judgment in favor of

Plaintiff Juan Perez and against Defendant Margaritas V&P, Inc. as follows:

    a.    $3,331.31 in actual damages for Plaintiff's unpaid overtime wages and $3,331.31 in liquidated damages, for a total damages award of $6,662.62.

    b.    $6,967.50 in attorney's fees and $461.00 in costs.

4.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 29, 2023.

*/s/ Roy B. Dalton Jr.*
ROY B. DALTON JR.
United States District Judge